UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSEL "JOEY" JENNINGS, RINALDO SCRUCI, ROBERT B. CARSON, LAUREN LOTZI, BETH LAMBO, MARIA KASHATUS, DAVID NAULTY, MAUREEN JORDA, JANINE WINSOCK, CYNTHIA MARTIN, TERRY D. HETRICK, SHARON MCCABE and VIOLA "VIANNE" CAYE, | : |
| Plaintiffs | : CIVIL ACTION NO. 3:20-0148 |
| v. | : |
| | (JUDGE MANNION) |
| TOM WOLF, TERESA D. MILLER, KRISTIN AHRENS, SUE RODGERS, MARK J. GEORGETTI, PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES, PENNSYLVANIA OFFICE OF DEVELOPMENT PROGRAMS, POLK CENTER and WHITE HAVEN CENTER, | : |
| Defendants | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

The motion filed by the certified settlement class in <u>Benjamin v. Dep't of Human Services, 1:09-cv-1182-JEJ (M.D. Pa. 2009)</u>, (Doc. 25), to intervene is **DENIED**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

**Dated: December 27, 2021**
20-0148-02-ORDER