UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RUSSEL "JOEY" JENNINGS, RINALDO SCRUCI, ROBERT B. CARSON, LAUREN LOTZI, BETH LAMBO, MARIA KASHATUS, DAVID NAULTY, MAUREEN JORDA, JANINE WINSOCK, CYNTHIA MARTIN, TERRY D. HETRICK, SHARON MCCABE, *and* VIOLA "VIANNE" CAYE, | : : : : : : : : : : | No. 3:20-CV-0148 |
| Plaintiffs | : : | Judge Mannion |
| v. | : : | **Electronically Filed Document** |
| TOM WOLF, TERESA D. MILLER, KRISTIN AHRENS, SUE RODGERS, MARK J. GEORGETTI, PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES, PENNSYLVANIA OFFICE OF DEVELOPMENT PROGRAMS, POLK CENTER, *and* WHITE HAVEN CENTER, | : : : : : : : : : : | *Complaint Filed 01/29/20* |
| Defendants | : | |

## ORDER

AND NOW, this 11th day of May, 2022, upon consideration of UNCONTESTED PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME TO SERVE RESPONSES AND OBJECTIONS TO "DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS," it is hereby ordered that the Plaintiffs shall serve their responses and objections on or before May 18, 2022.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**