UNITED STATES DISTRICT COURT
FOR THE MIDDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RUSSEL "JOEY" JENNINGS, RINALDO SCRUCI, ROBERT B. CARSON, LAUREN LOTZI, BETH LAMBO, MARIA KASHATUS, DAVID NAULTY, MAUREEN JORDA, JANINE WINSOCK, CYNTHIA MARTIN, TERRY D. HETRICK, SHARON MCCABE, *and* VIOLA "VIANNE" CAYE, | : : : : : : No. 3:20-CV-0148 : : : |
| Plaintiffs | : Judge Mannion |
| v. | : : Electronically Filed Document : |
| TOM WOLF, TERESA D. MILLER, KRISTIN AHRENS, SUE RODGERS, MARK J. GEORGETTI, PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES, PENNSYLVANIA OFFICE OF DEVELOPMENT PROGRAMS, POLK CENTER, *and* WHITE HAVEN CENTER, | : *Complaint Filed 01/29/20* : : : : : : : |
| Defendants | : |

## DECLARATION OF WILLIAM HARRIGER

I, William Harriger, hereby declare under penalty of perjury in accordance with 28 U.S.C. §1746, that the following facts are true and correct based upon my personal knowledge, experience, and belief:

1. The Verland Foundation Inc. (hereinafter "Verland") is dedicated to meeting the needs of individuals with severe/profound intellectual and physical disabilities.

2. Verland's 48 homes are served by a staff of 540 and the homes are supported by four adult training facilities centrally located near the homes. Staff members transport most of the residents to the nearest training facility for day programs and therapies.

3. I have served Verland since 2014. When I joined Verland as the Chief Operating Officer. I succeeded Verland co-founder, Carol Mitchell, as the Chief Executive Officer in 2018.

4. Prior to joining Verland, I served as the Chief Financial Officer for Erie Homes for Children and Adults, an Erie-based organization much like Verland.

5. For six years, I have served on the Board of Directors of Pennsylvania Advocacy and Resources for Autism and Intellectual Disability (PAR), which is a nonprofit organization that represents home and community-based service providers in Pennsylvania. I was recognized by PAR in 2015 as the "Advocate of the Year" for my efforts in securing a settlement agreement between the Commonwealth of Pennsylvania and the providers of home and community-based services.

6. Spending over 30 years in the healthcare and human services areas, I previously served as the CEO for Winter Park Urology, the Administrator for the Regional Cancer Center in Erie, and I founded Harriger and Associates, a physician practice management company.

7. While working in the Oncology field, I served as the President for the Society for Radiation Oncology Administrators and the Association of Community Radiation Therapy Centers.

8. I am very experienced and knowledgeable about the funding needed to serve individuals with intellectual disabilities and about the funding sources that are available for this population.

9. I want to note several observations about the alleged $21M savings made by the Commonwealth of Pennsylvania considering the planned closure of Polk and White Haven Centers:

   a. I strongly question that there is any sound basis for this claim. There has not been any itemization of the quoted $21M closure savings so that it can be critically reviewed. I am

willing to conduct such a critical review if the Commonwealth will share the information on which it bases this claim of savings of $21M.

b.  Much of the cost of care for residents is based on the individual staffing needs of the residents being served. If the needs remain the same, staffing is the same and costs are largely the same regardless of whether the subject Centers are closed.

c.  Much of the State Centers' budgets include items like "Retired Employees Health Program" costs which will not go away regardless of where residents are served.

d.  Retirement Contributions make up a lot of the State Centers cost structure, with as much as 30% of salary being reported as the annual cost.  (Why is so much being charged to the State Center programs? Is this an underfunding catchup amount? If so, the historic underfunding will not go away if there are less State Center staff. Wouldn't the retirement underfunding burden be cost shifted to other parts of the State budget?)

e.  Even if the Consolidated Waiver, PFDS Waiver, and Community Living Waiver used to serve Pennsylvanians with intellectual and developmental disabilities would allegedly be the benefactor of the $21M savings, the overall annual budget for those services approximates $5B and therefore $21M represents less than ½ of 1%, which is really a relatively insignificant amount.

10. On another note, ODP has responded positively to Verland selecting as many as 32 residents to ultimately move into the new Verland homes to be built largely with RACP funding.  They have also responded positively to a plan that would have those 32 residents remaining at Polk after the State closes it by renting it to Verland indefinitely to allow for the construction of those homes.  There may be a way to expand the number of Polk residents,

beyond the 32, that remain at Polk while nearby homes are created. A similar program could possibly be implemented at or near White Haven Center.

11. Any plan to utilize current staff at White Haven and Polk to create nearby group homes or to create group homes on the current campuses, and to have residents remain at White Haven and Polk while those homes are constructed, would reduce transfer trauma, would improve continuity of services, and would result in superior placements to simply moving residents to Ebensburg or Selinsgrove Centers.

Dated: December 9, 2022 /s/ William Harriger
William Harriger